No. 40448.—Petition 5644–R of Brooks Shoe Mfg. Co. et al. (St. Albans).

Opinion by KEEFE, J.  From the evidence submitted, the court was unable to find that the importer was without intention to defraud the revenue.  *Schrikker* v. *United States* (13 Ct. Cust. Appls. 562, T. D. 41433), *Wolf* v. *United States* (id. 589, T. D. 41453), and *Lowe* v. *United States* (15 Ct. Cust. Appls. 418, T. D. 42590) cited.  The petition was therefore denied.

BEFORE THE SECOND DIVISION, JANUARY 17, 1939

No. 40449.—Protests 514103–G, etc., of M. I. Stewart & Co., Inc. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of boxes, atomizers, photo frames, and book ends chiefly used in the household for utilitarian purposes.  The claim at 40 percent under paragraph 339 was therefore sustained.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

No. 40450.—Protests 420706–G, etc., of Weiss & Biheller et al. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel bottles, boxes, brush tubes, droppers, pomade box, powder box, powder jars, soap tubes, and tooth tubes chiefly used for utilitarian purposes in the kitchen or household, and atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373) were held dutiable at 40 percent under paragraph 339.

No. 40451.—Protests 413055–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel atomizers, boxes, incense burners, and photo frames chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445, *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.  Mirrors similar to those the subject of Abstract 8950 were held dutiable at 50 percent under paragraph 230.